# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 1950

Date Filed: 2/27/2008

Plaintiff:
**Kathleen Goldreich and Matthew Goldreich,**

vs.

Defendant:
**Carlson Restaurants Worldwide, d/b/a "TGI Fridays, Store 0184"**
State of New York, County of Albany)ss.:

Received these papers to be served on Carlson Restaurants Worldwide d/b/a "TGI Fridays, Store 0184

I, J.R. O'Rourke, being duly sworn, depose and say that on the **10th day of March, 2008 at 1:30 pm**, I:

Served the within named corporation by delivering a true copy of the **Civil Cover Sheet, Summons in a Civil Action & Complaint pursuant to section 307 BCL together with statutory service fee in the amount of $40.00** to Carol Vogt as Business Document Specialist I of New York State Department of State. Thereafter deponent enclosed a copy thereof with notice in a postpaid first class envelope, registered mail, return receipt requested, properly addressed to defendant at defendant's last known place of business 4201 Marsh Lane, Carrollton, TX 75007 Certified Mailing Receipt No: RR 597 129 275 US

**Description of Person Served:** Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 130, Hair: Brown, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 14th day of March, 2008 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
J.R. O'Rourke
Process Server

PATRICIA A. BURKE
Notary Public, State of New York
Qualified in Albany County
Commission Expires Feb. 28, 2010

Our Job Serial Number: 2008000909
Ref: 958

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

TOTAL P.02